OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 14, 2026

Ryan T. Gannon
Marshall Dennehey
425 Eagle Rock Avenue
Suite 302
Roseland, NJ 07068

Eileen M. Kavanagh
Robert G. Veech III
Farkas & Donohue
25A Hanover Road
Suite 320
Florham Park, NJ 07932

Charles C. Koernig
Kaufman Borgeest & Ryan
923 Haddonfield Road
3rd Floor
Cherry Hill, NJ 08002

Eric S. Latzer
Cole Schotz
25 Main Street
4th Floor
Hackensack, NJ 07601

Gary W. Patterson
Samuel A. Youssof
Barker Patterson Nichols
1200 MacArthur Boulevard
Suite 200
Mahwah, NJ 07430

RE: Ki Sau Chan v. Valley Health System Inc, et al
Case Number: 26-3345
District Court Case Number: 2:26-cv-03358

Dear Counsel:

Pursuant to our docketing letter dated **September 23, 2026**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina Renwrick*
Legal Assistant
267-299-4957

cc:
Ki Sau Chan