UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. <u>26-3345</u>**

Chan v. Valley Health System Inc., et al.
(D.N.J. Civ. No. 2:26-cv-03358)

**ORDER**

By letter dated September 24, 2026, Appellant was advised that this appeal would be considered for possible dismissal due to a jurisdictional defect. Insofar as appellant has filed emergency motions to expedite and for an injunction, the panel that considers appellant's motions and the jurisdictional issue will also consider possible summary action pursuant to Chapter 10.6 of the Internal Operating Procedures of the United States Court of Appeals for the Third Circuit. *See also* Third Circuit L.A.R. 27.4. Chapter 10.6 provides that the Court *sua sponte* (by its own action) may take summary action on an appeal if it appears that no substantial question is presented or that subsequent precedent or a change in circumstances warrants such action. Specifically, the Court may affirm, reverse, vacate, modify, or remand the judgment or order appealed. In making these determinations, the Court will carefully review the district court opinion and record.

The parties may file written argument regarding the possibility of summary action by October 22, 2026. Any responses will be submitted to the next available motions panel of this Court along with the other motions and responses filed in this case.

For the Court,

*s/ Patricia S. Dodszuweit*
Clerk

Dated: October 15, 2026

mw/cc: Ki Sau Chan
Eileen M. Kavanagh, Esq.
Robert G. Veech, III, Esq.
Charles C. Koernig, Esq.

Eric S. Latzer, Esq.
Gary W. Patterson, Esq.
Samuel A. Youssof, Esq.
Ryan T. Gannon, Esq.