**FARKAS & DONOHUE, LLC**
Evelyn C. Farkas, Esq. – N.J. Attorney ID No.: 024851985
25 A Hanover Road, Suite 320
Florham Park, New Jersey 07932
(973) 443-9400 / (973) 443-4330 Fax
Attorneys for Defendant-Appellee's, The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko,, APN, Telisha Calasse, RN
Our File No.: VH 349

| | |
|---|---|
| KI SAU CHAN,<br><br>Plaintiff,<br>vs.<br><br>VALLEY HEALTH SYSTEM, INC.; VALLEY HOSPITAL; VALLEY MEDICAL GROUP; HOSPITAL FOR SPECIAL SURGERY; PRISM VISION GROUP; DR. ANDREW ELLIOTT, M.D.; DR. KYRA BERNSTEIN, M.D.; DR. HARRY OWUSU-DAPAAH, M.D.; DR. CARL WINKLER, M.D.; DR. JUXHESTA CAKRANI, M.D.; DR. ELENA NG, M.D.; JULIE ZAVADENKO, APN; ELIZABETH SATTELY, RN; GIZEM AKKUS, RN; TELISHA CALASSE, RN; and JOHN/JANE DOES 1–50.,<br><br>Defendants. | **UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**<br><br>Case No.: 26-3345<br><br>Civil Action<br><br>District of New Jersey Case No.: 2:26-cv-03358-MCA-AME<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

**TO**: The Clerk of the Court and all Parties of Record

Kindly enter the appearance of Evelyn C. Farkas, Esq. as counsel on behalf of Defendant-Appellee's, The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko,, APN, Telisha Calasse, RN, in the above matter in accordance with 3d Cir. L.A.R. 46.2 and F.R.A.P. 46. Please add Ms. Farkas'. email address (EFarkas@farkasanddonohue.com) for electronic notifications. I hereby certify that I am admitted or otherwise authorized to practice in this Court and that this appearance will not delay any proceedings in this matter.

**FARKAS & DONOHUE, LLC**
Attorneys for Defendant-Appellee's,
The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko,, APN, Telisha Calasse, RN

By: /s/ Evelyn C. Farkas
Evelyn C. Farkas, Esq.

Dated: October 20, 2026