**FARKAS & DONOHUE, LLC**
Robert G. Veech, III, Esq. – New Jersey Attorney ID No.: 317592020
25 A Hanover Road, Suite 320
Florham Park, New Jersey 07932
(973) 443-9400 / (973) 443-4330 Fax
Attorneys for Defendant-Appellee's, The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko,, APN, Telisha Calasse, RN
Our File No.: VH 349

| | |
|---|---|
| KI SAU CHAN,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, INC.; VALLEY HOSPITAL; VALLEY MEDICAL GROUP; HOSPITAL FOR SPECIAL SURGERY; PRISM VISION GROUP; DR. ANDREW ELLIOTT, M.D.; DR. KYRA BERNSTEIN, M.D.; DR. HARRY OWUSU-DAPAAH, M.D.; DR. CARL WINKLER, M.D.; DR. JUXHESTA CAKRANI, M.D.; DR. ELENA NG, M.D.; JULIE ZAVADENKO, APN; ELIZABETH SATTELY, RN; GIZEM AKKUS, RN; TELISHA CALASSE, RN; and JOHN/JANE DOES 1–50.,<br><br>Defendants. | **UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**<br><br>Case No.: 26-3345<br><br>Civil Action<br><br>District of New Jersey Case No.: 2:26-cv-03358-MCA-AME<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to 28 U.S.C. § 455, F.R.A.P. 26.1, and 3d Cir. L.A.R. 26.1.0, a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Valley Health System is the parent company of Valley Medical Group and The Valley Hospital and that the Valley Health System is a non-governmental corporation and that:

( ) This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock are listed here:

**OR**

**(X) Valley Health System does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.**

**FARKAS & DONOHUE, LLC**
Attorneys for Defendant-Appellee's,
The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko,, APN, Telisha Calasse, RN

By: ______________________
Robert G. Veech, III, Esq.

Dated: October 20, 2026