**PLEASE TYPE THIS FORM**

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. 26-3345**

**Chan vs Valley Health System**

The Clerk will enter my appearance as Counsel of Record for (please list names of **all** parties represented, using additional sheet(s) if needed):

Juxhesta Cakrani, M.D.

Who IN THIS COURT is (please check only one):

______ Petitioner(s) ______ Appellant(s) ______ Intervenor(s)

______ Respondent(s) __X__ Appellee(s) ______ Amicus Curiae

(Type or Print) Name Walter F. Kawalec, III, Esq.
(Mr.) ~~Ms.~~ ~~Mrs.~~ ~~Miss~~

Firm Marshall, Dennehey, P.C.

Address 15000 Midlantic Drive, Suite 200, P.O. Box 5429

City & State Mt. Laurel, NJ

Zip Code 08054

Phone (856) 414-6024

Fax (856) 414-6077

**PLEASE TYPE E-Mail Address** wfkawalec@mdwcg.com

**SIGNATURE OF COUNSEL:** /s/ Walter F. Kawalec, III, Esq.

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***