MARSHALL
DENNEHEY

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000 Fax (856) 414-6077
*Sharon A. Campbell-Suplee, Resident Managing Attorney*

Direct Dial: (856) 414-6024
Email: wfkawalec@mdwcg.com

October 23, 2026

***Via eFiling***
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Chan v. Valley Health System
Docket No.: 26-3345

To the Clerk of the Court:

The undersigned represents Juxhesta Cakrani, M.D. in this appeal. In response to this Court's order of August 28, 2026, Please note that Dr. Cakrani is taking no position on the possibility of summary action in this case.

Respectfully Submitted,

**MARSHALL DENNEHEY**

/s/ Walter F. Kawalec, III
Walter F. Kawalec, III, Esquire
*Attorney for Appellee,*
*Juxhesta Cakrani, M.D.*

cc: All Counsel (via ECF)