**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

**No. 26-3345**

KI SAU CHAN, Plaintiff-Appellant,
v.
VALLEY HEALTH SYSTEM, INC., et al., Defendants-Appellees.

On Appeal from the United States District Court for the District of New Jersey,
No. 2:26-cv-03358-MCA-AME

## APPELLANT'S MOTION TO STRIKE APPELLEE'S MISFILED DOCUMENT 22

Pursuant to Fed. R. App. P. 27, Appellant Ki Sau Chan moves to strike Document 22, filed by the Valley Appellees on October 26, 2026.

1. Appellee's Document 22 is not a filing in this appeal. Document 22 is entirely irrelevant to Appellant's appeal set before this Court. It is addressed to "Honorable Madeline Cox Arleo, U.S.D.J., United States District Court, District of New Jersey" (See **Ex. C**), and is Valley's reply in support of its Rule 12(c) motion to dismiss pending in the District Court (D.N.J. No. 2:26-cv-03358, Dkt. 101), "[r]eturnable on November 2, 2026."

2. Nothing in this Court's rules or orders authorizes Valley to file District Court briefing on this docket. Its presence here risks confusing the record before the motions panel on Appellant's Emergency Motion (Doc 8), which is fully briefed. Appellant believes Valley is again intentionally conflating and misrepresenting the record.

3. Appellee Valley already filed its Opposition Brief on October 21, 2026 at Doc 15, entitled "Opposition Brief filed by Appellees Gizem Akkus, Telisha Calasse, Elizabeth Sattely, Valley Health System Inc, Valley Hospital, Valley Medical Group, Carl Winkler and Julie Zavadenko," filed by "RGV" (Robert G. Veech III), which Valley filed under the document description "Document (Exhibits, etc.)." (See **Ex. A**.)

4. Appellant then filed her amended reply to Doc 15 at Doc 18, titled "AMENDED Reply by Appellant Ki Sau Chan to motion for Injunction, motion to Expedite, Document" on October 23, 2026. (See **Ex. B**.)

5. Both Document 15 and Document 22 were filed by Valley's counsel, Robert G. Veech III.

6. Document 22 is outside the record on appeal. The record consists of the original papers and exhibits filed in the district court, the transcript, and the docket entries. Fed. R. App. P. 10(a). Document 22 was written on October 26, 2026, two months after the August 28, 2026 order on appeal (Dkt. 86). Nor is it a permitted filing on Appellant's Emergency Motion: Rule 27(a)(3) and (a)(4) provide for one response and one reply, and Valley's response was Document 15.

Appellant asks the Court to strike Document 22, or in the alternative to disregard it in deciding Doc 8 and the question of summary action.

Dated: October 26, 2026

Respectfully submitted,

/s/ Ki Sau Chan
Ki Sau Chan, Appellant
403 Mcguigan Place
Harrison, NJ 07029
ki.chan@alumni.stanford.edu

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2026, I filed the foregoing motion through the Court's CM/ECF system, which will serve all counsel of record who are registered CM/ECF users.

/s/ Ki Sau Chan

# EXHIBIT A

**CM/ECF Notice of Docket Activity for Document 15**
**(filed by Appellees Valley, by "RGV" (Robert G. Veech III), on October 21, 2026)**

**From:** CMECF_No_Reply@ca3.uscourts.gov
**Subject:** 26-3345 Ki Sau Chan v. Valley Health System Inc, et al "Document (Exhibits, etc.)"
**Date:** October 21, 2026 at 3:14 PM
**To:** ki.chan@alumni.stanford.edu

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Third Circuit**

**Notice of Docket Activity**

The following transaction was filed on 10/21/2026

**Case Name:** Ki Sau Chan v. Valley Health System Inc, et al
**Case Number:** 26-3345
**Document(s):** Docket Entry #15

**Docket Text:**
ECF FILER: Opposition Brief filed by Appellees Gizem Akkus, Telisha Calasse, Elizabeth Sattely, Valley Health System Inc, Valley Hospital, Valley Medical Group, Carl Winkler and Julie Zavadenko. Certificate of Service dated 10/21/2026. Service made by ECF. [26-3345] (RGV)

**Notice will be electronically mailed to:**

Evelyn C. Farkas
Ryan T. Gannon
Robert G. Veech, III
Eileen M. Kavanagh
Charles C. Koernig
Eric S. Latzer
Samuel A. Youssof
Gary W. Patterson
Ki Sau Chan

The following document(s) are associated with this transaction:
**Document Description:** Document (Exhibits, etc.)
**Original Filename:** Opposition Motion 10.21.26.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1107201326 [Date=10/21/2026] [FileNumber=5581956-0]
[54ebb2e8f44ca891253ae1e1f0eed34293068bd7e62f7de161cfd4893e115ae9ad772c690bdab9a38aaf4fb90a4b864e4feb2a50f8e2349e716a51e4d696792d]]

# EXHIBIT B

**CM/ECF Notice of Docket Activity for Document 18**
**(Appellant's Amended Reply, filed October 23, 2026)**

**From:** CMECF_No_Reply@ca3.uscourts.gov
**Subject:** 26-3345 Ki Sau Chan v. Valley Health System Inc, et al "Reply to Response"
**Date:** October 23, 2026 at 12:45 AM
**To:** ki.chan@alumni.stanford.edu

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Third Circuit**

**Notice of Docket Activity**

The following transaction was filed on 10/23/2026

| | |
|---|---|
| **Case Name:** | Ki Sau Chan v. Valley Health System Inc, et al |
| **Case Number:** | 26-3345 |
| **Document(s):** | Docket Entry #18 |

**Docket Text:**
ECF FILER: AMENDED Reply by Appellant Ki Sau Chan to motion for Injunction, motion to Expedite, Document. Certificate of Service dated 10/23/2026. Service made by ECF [26-3345] (KC)

**Notice will be electronically mailed to:**

Evelyn C. Farkas
Ryan T. Gannon
Robert G. Veech, III
Eileen M. Kavanagh
Charles C. Koernig
Eric S. Latzer
Samuel A. Youssof
Gary W. Patterson
Ki Sau Chan

The following document(s) are associated with this transaction:
**Document Description:** Reply to Response
**Original Filename:** CHAN AMENDED Reply to Valley Opp Doc15.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1107201326 [Date=10/23/2026] [FileNumber=5582771-0]
[10debc90f0eafc1727a2661ec486b51964e90f371b050d1b067c3586f685d2279159af836161dbcea0d6e7ad285ae10f69756fd9e10363d2620e264a422b2383]]

# EXHIBIT C

**First Page of Document 22**
**(filed by Appellees Valley on October 26, 2026)**

# FARKAS & DONOHUE, LLC

**-Counselors at Law-**
25A Hanover Road, Suite 320
Florham Park, New Jersey 07932
(973) 443-9400
(973) 443-4330 Fax
Email: Office@FarkasandDonohue.com
www.FarkasandDonohue.com

**EVELYN CADORIN FARKAS***
**DAVID C. DONOHUE #***
**ROBERT J. MORMILE ****
**BETH A. HARDY***
**CHARLES E. MURRAY III + (1971-2026)**
**EILEEN M. KAVANAGH +**
**JENNIFER SALFI GIANETTI ◆**
**GUY M. MAGNUSSON ◆**
**ROBERT G. VEECH III +**
**DOUGLAS F. CIOLEK*◆**
**MATTHEW E. NAPPI**
**MICHAEL C. SALVO+**

*** Certified By The Supreme Court of New Jersey as a Certified Civil Trial Attorney**
**** Admitted in NJ & PA**
**+ Admitted in NJ & NY**
**# Admitted in NJ & AZ**
**◆ Of Counsel**


October 26, 2026

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street, Room 2037
Newark, New Jersey 07102

**Re: Ki Sau Chan v. Valley Health System, et al.**
**Docket No: 26-3345**
**Our File No.: VH349**

Dear Judge Arleo:

This firm has been retained to represent defendants, The Valley Hospital, Valley Health System, Valley Medical Group, Telisha Calasse, RN, Julie Zavadenko, RN, Gizem Akkus, RN, Elizabeth Sattely, APN and Carl Winkler, MD ("the Valley Defendants") in connection with the above referenced matter. Returnable on November 2, 2026, is defendants motion to dismiss pursuant to F.R.C.P. 12(c) under document number 101. Kindly accept this letter reply to