# FARKAS & DONOHUE, LLC

**-Counselors at Law-**
25A Hanover Road, Suite 320
Florham Park, New Jersey 07932
(973) 443-9400
(973) 443-4330 Fax
Email: Office@FarkasandDonohue.com
www.FarkasandDonohue.com

**EVELYN CADORIN FARKAS***
**DAVID C. DONOHUE #***
**ROBERT J. MORMILE ****
**BETH A. HARDY***
**CHARLES E. MURRAY III + (1971-2026)**
**EILEEN M. KAVANAGH +**
**JENNIFER SALFI GIANETTI ◆**
**GUY M. MAGNUSSON ◆**
**ROBERT G. VEECH III +**
**DOUGLAS F. CIOLEK*◆**
**MATTHEW E. NAPPI**
**MICHAEL C. SALVO+**

*** Certified By The Supreme Court of New Jersey as a Certified Civil Trial Attorney**
**** Admitted in NJ & PA**
**+ Admitted in NJ & NY**
**# Admitted in NJ & AZ**
**◆ Of Counsel**


October 26, 2026

**Via eFiling (CM/ECF)**
United States Court of Appeals
For the Third Circuit
ATTN: Patricia S. Doszuweit | Clerk
James A. Byrne United states Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: Ki Sau Chan v. Valley Health System, et al.**
**Docket No: 26-3345**
**Our File No.: VH-349**

Dear Madam Clerk Doszuweit:

This firm represents Defendants, The Valley Hospital, Valley Health System, Valley Medical Group, Telisha Calasse, RN, Julie Zavadenko, APN, Elizabeth Sattely, RN, Gizem Akkus, RN, and Carl Winkler, MD., (hereinafter The Valley defendants) in connection with the above referenced matter. Today, my staff inadvertently filed Document No.: 22 under this appellate docket. The filing was meant to be in the District Court of New Jersey. Defendants did not intend to confuse the record before this honorable court, as it was merely an administrative oversight. In fact, our staff has been on the phone with court staff in order to remove the filing in

its entirety. We are awaiting a call back from the court staff in order to determine next steps in having this filing be rescinded.

In an effort to remedy this administrative mistake, defendants are filing this correspondence in an abundance of caution to respectfully request that document no.: 22 be removed from the filing. We thank the Court for its time and attention to this matter.

Very Respectfully Submitted,

*/s/ Robert G. Veech, III, Esq.*

Robert G. Veech, III, Esq.
RVeech@FarkasandDonohue.com

RGV/al