**FARKAS & DONOHUE, LLC**
Robert G. Veech, III, Esq. – N.J. Attorney ID No.: 317592020
25 A Hanover Road, Suite 320
Florham Park, New Jersey 07932
(973) 443-9400 / (973) 443-4330 Fax
Attorneys for Defendant-Appellee's, The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko, APN, Telisha Calasse, RN
Our File No.: VH 349

| | |
|---|---|
| KI SAU CHAN,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, INC.; VALLEY HOSPITAL; VALLEY MEDICAL GROUP; HOSPITAL FOR SPECIAL SURGERY; PRISM VISION GROUP; DR. ANDREW ELLIOTT, M.D.; DR. KYRA BERNSTEIN, M.D.; DR. HARRY OWUSU-DAPAAH, M.D.; DR. CARL WINKLER, M.D.; DR. JUXHESTA CAKRANI, M.D.; DR. ELENA NG, M.D.; JULIE ZAVADENKO, APN; ELIZABETH SATTELY, RN; GIZEM AKKUS, RN; TELISHA CALASSE, RN; and JOHN/JANE DOES 1–50.,<br><br>Defendants. | **UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**<br><br>Case No.: 26-3345<br><br>Civil Action<br><br>District of New Jersey Case No.: 2:26-cv-03358-MCA-AME<br><br>**NOTICE OF CORRECTION OF A PROFESSIONAL DESIGNATION** |

**TO**: The Clerk of the Court and all Parties of Record

Defendants respectfully submit this notice to correct an inadvertent statement concerning the professional designation of Elizabeth Sattley. In certain previously filed submissions and motion papers, Elizabeth Sattley was inadvertently identified as an Advanced Practice Nurse. The correct professional designation is Registered Nurse. This was merely a typographical error where the professional designation of Elizabeth Sattley RN, was exchanged with the professional designation of our other client, Julie Zavadenko, APN. In those submissions, Elizabeth Sattely

was identified as an APN and Julie Zavadenko was identified as an RN, purely a typographical error.

Defendants respectfully request that the Court treat this notice as a correction applicable to all prior references to Elizabeth Sattley as an APN in defendants' previously filed submissions. All such references should be understood to refer to her correct designation as a Registered Nurse.

**FARKAS & DONOHUE, LLC**
Attorneys for Defendant-Appellee's,
The Valley Hospital, Valley Medical Group, Valley Health System, Dr. Winkler, Gizem Akkus, RN, Elizabeth Sattely, RN, Julie Zavadenko, APN, Telisha Calasse, RN

By: ______________________
Robert G. Veech, III, Esq.

Dated: November 25, 2026